**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(D)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Christopher Santiago, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2012-207568

---

**ON WRIT OF CERTIORARI**

---

Appeal From Beaufort County
Perry M. Buckner, III, Post-Conviction Relief Judge

---

Opinion No. 2015-UP-576
Submitted December 7, 2015 – Filed December 30, 2015

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Richard A. Harpootlian, of Richard A. Harpootlian, PA, and Graham L. Newman, of Chappell Smith & Arden, both of Columbia, and M. David Scott, of Jordan, Rauton & Scott, LLC of Lexington, for Petitioner.

Attorney General Alan McCrory Wilson, Chief Deputy Attorney General John W. McIntosh, Senior Assistant

Deputy Attorney General Karen Christine Ratigan, Assistant Attorney General Ashleigh Rayanna Wilson, Assistant Deputy Attorney General James Rutledge Johnson, and Assistant Attorney General John Croom Colvin Hunter; all of Columbia, for Respondent.

---

**PER CURIAM:** After careful consideration of the Appendix and briefs, we now dismiss the writ as improvidently granted.[1]

**DISMISSED AS IMPROVIDENTLY GRANTED.** [2]

**HUFF and THOMAS, JJ., and CURETON, A.J., concur.**

---

[1] *See Ellison v. State*, 382 S.C. 189, 191, 676 S.E.2d 671, 672 (2009) (wherein our supreme court extended its decision in two cases to not entertain petitions for a writ of certiorari "to cases in which the Court of Appeals has issued an order denying a writ of certiorari in a PCR matter *and in cases in which the Court of Appeals initially issues an order granting a writ of certiorari in such matters but later issues an opinion dismissing the writ as improvidently granted* without further discussion of the case") (emphasis added).

[2] We decide this case without oral argument pursuant to Rule 215, SCACR.